# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JOSEPH JAMAUL JOHNSON**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **01:93CR05049-01 OWW**
**01:98CR05055-01 OWW**

FRANCINE ZEPEDA
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) ONE  as alleged in the violation petition filed on 10/27/1998 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Kidnaping During Commission of Carjacking; Carjacking; Felon in Possession of a Weapon | 9/15/1998 |

The court: [✔] revokes: conditions of supervised release  heretofore ordered on  8/30/1993 (CR F 93-05049 REC) and 6/29/1998 (CR F 98-05055 REC .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]    Charge two is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 6, 2006
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

June 15, 2006
Date

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 MONTHS and 24 MONTHS .

21 Months Custody as to CR-F-93-5049 and 24 Months Custody as to CR F-98-5055, to run concurrent with each other and concurrent with Case # 135283 from Alameda County Superior Court.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                    UNITED STATES MARSHAL

               By _____
                     Deputy U.S. Marshal